# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DEBRADRE D. JACKSON,

        Plaintiff,

    -vs-                                               Case No.   14-CV-0989

STATE OF WISCONSIN,
WISCONSIN DEPARTMENT OF JUSTICE,
COUNTY OF MILWAUKEE,
COUNTY OF OZAUKEE,
STATE OF WISCONSIN DISTRICT ATTORNEY,
JUDGE SANDY A. WILLIAMS, and
JUDGE REBECCA F. DALLETT,

        Defendants.

# DECISION AND ORDER

        The plaintiff, an inmate at the Milwaukee County Jail, filed a *pro se* complaint under the False Claims Act on August 12, 2014. The Court sent the plaintiff a letter the same day because he had not paid the filing fee or filed a motion for leave to proceed *in forma pauperis*. On September 2, 2014, the plaintiff filed a motion for leave to proceed *in forma pauperis*, but he did not file a certified copy of his prison trust account statement for the six months preceding the filing of his complaint. The trust account statement is required under 28 U.S.C. § 1915(a)(2) and is necessary for the Court to calculate the plaintiff's initial partial filing fee. The Court advised the plaintiff in the August 12, 2014, letter that he needed to

submit a trust account statement along with his motion for leave to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that the plaintiff shall file a certified copy of his prison trust account statement for the six motions prior to the filing of his complaint on or before Friday, November 7, 2014. Failure to submit the trust account statement may result in the denial of the plaintiff's motion for leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that copies of this order shall be mailed to the Milwaukee County Sheriff and to Maricela Castillo and Mary Wenten at the Milwaukee County House of Corrections.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2014.

**SO ORDERED,**

*/s/ Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U. S. District Judge**